UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM DAVID HURST,
    Plaintiff,

vs.                                      Case No.:  3:21cv1833/LAC/EMT

ESCAMBIA COUNTY JAIL, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

    Plaintiff, proceeding pro se, commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1).  Plaintiff failed to either pay the filing fee or file a properly completed motion to proceed in forma pauperis (IFP) with the required supporting documentation.  The court thus entered an order directing Plaintiff to either pay the $402 filing fee within thirty days or file a properly completed IFP motion with the required supporting documentation (ECF No. 3).  The undersigned directed the clerk of court to send Plaintiff the correct set of IFP forms and advised Plaintiff that failure to comply with the court's order as instructed would result in a recommendation of dismissal of the case (*id.* at 2).

    Plaintiff did not file an IFP motion or pay the filing fee within the time allowed.  Thus, the court entered an order on December 14, 2021, directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure

to comply with an order of the court (*see* ECF No. 4).  The time for compliance with the show cause order has now elapsed, and Plaintiff has neither paid the filing fee nor filed an IFP motion.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 8th day of February 2022.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:21cv1833/LAC/EMT